# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES M. YOUNG, SR. and SANDRA E. YOUNG, | No. 4:18-CV-00403 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| SCOTT TOWNSHIP, et al., | |
| Defendants. | |

## ORDER

### SEPTEMBER 21, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Motion to Dismiss filed by South Centre Township, William Richendrfer, and Jeremy Moyer, ECF No. 24, is **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. The Rehabilitation Act claim against South Centre Township is **DISMISSED WITHOUT PREJUDICE**;

   b. All claims against William Richendrfer and Jeremy Moyer in those defendants' official capacities are **DISMISSED WITH PREJUDICE**;

   c. The motion is otherwise **DENIED**.

2. The Motion to Dismiss filed by the Columbia Montour Snyder Union Counties of Central Pennsylvania Service System ("CMSU") and Megan Fetterman, ECF No. 25, is **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. The Rehabilitation Act claim against the CMSU is **DISMISSED WITHOUT PREJUDICE**;

   b. All claims against Megan Fetterman in her official capacity are **DISMISSED WITH PREJUDICE**;

   c. The negligent infliction of emotional distress claim against Megan Fetterman is **DISMISSED WITH PREJUDICE**;

   d. The motion is otherwise **DENIED**.

3. The Motion to Dismiss filed by Briar Creek Township, Thomas Frace, and Jared Noss, ECF No. 26, is **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. The negligent infliction of emotional distress claim against Jared Noss is **DISMISSED WITH PREJUDICE**;

   b. The motion is otherwise **DENIED**.

4. The Motion for a More Definite Statement filed by Briar Creek Township, Thomas Frace, and Jared Noss, ECF No. 27, is **DENIED**.

5. Defendants **SHALL RESPOND TO** Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(a).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge