**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES M. YOUNG, SR., individually and as administrator of the ESTATE OF JONATHAN M. YOUNG, SANDRA E. YOUNG, individually and as administrator of the ESTATE OF JONATHAN M. YOUNG, | No. 4:18-CV-00403 (Judge Brann) |

Plaintiffs,

v.

SCOTT TOWNSHIP, COLUMBIA MONTOUR SNYDER UNION COUNTIES OF CENTRAL PENNSYLVANIA SERVICE SYSTEM, RAYMOND KLINGLER, JOE GRASSLEY, VINCENT FIGUERIDO, PAUL KELLY, MEGAN FETTERMAN, and JOHN/JANE DOES I-X,

Defendants.

## ORDER

### NOVEMBER 20, 2019

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Motion to Amend filed by James M. Young, Sr. and Sandra E. Young, ECF No. 57, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge