# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES M. YOUNG, SR., *et al.* | No. 4:18-CV-0403 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| SCOTT TOWNSHIP, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 26th day of June 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Motion for Summary Judgment of Defendants Columbia Montour Snyder Union Counties of Central Pennsylvania Service System and Megan Fetterman, Doc. 79, is **GRANTED**.

2. The Motion for Summary Judgment of Defendants Scott Township, Chief Raymond Klingler, Sergeant Joseph Grassley, Officer Vincent Figueiredo, and Officer Paul Kelly, Doc. 82, is **GRANTED**.

3. Final Judgment is entered in favor of Defendants and against Plaintiffs.

4. The Clerk is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge